02CR191 (20)

Dear Honorable Judge Droney

My name is Ricardo Robles #14753014 the Reason for this letter is that i Ran into Some Difficulties Here in the Bureau of prisons as you May Recall On May 20 2004 you Sentenced me to a term of 37 mo. imprisonment at that Hearing you Made a Reccommendation to the Bureau of prisons that they Credit me the time Served from March 13, 2003 when my federal Bond was Revoked till the Day you Sentenced me at that Hearing the U.S. Attorney Mr. Gustafason Michael J. Made the Same Reccomendation i asserted that the time was alot & that i was owed that time the problem is that the Bureau of prisons Doesnt feel they Have to abide By that Reccomendation or Even Consider it So i was turned Down for any Credit On that Sentence On May 21 2004 i was Sentenced By the State to a term of 30 mo. ConCurrent to the 37 mo. Term you Sentenced me to yet the Bureau of prisons Rejected that & are making me start the 37 months Sentence as of Nov. 29 2004 as you Can See ive already Been in prison for Over 21 months & feel i Should Be Credited these Significant Months your Honor as you might Recall i Had & Still Have a Strong family Support they appeared ~~to Every~~ to Every Hearing & are Still Battling this Difficult Situation with me im Still with the Mother of my two Children now 2 & 4 years Old & we were Expecting to Be Reunited this Coming year But now according to the Bureau of prisons

02CR191 let

The clerk is ordered to docket this letter in 02cr191(CFD) and to send a copy to counsel for the government and for the defendant, both of whom shall file a response, to the request set forth therein by May 20, 2005. So ordered.

Christopher F. Droney
United States District Judge
5/3/05

My Earliest Release date is 8-5-2007 & my pre Release date is 4-30-2007 Your Honor this will give me 49 mo. to pre Release & 53 mo. to projected Release Date & 57 months to my full Term i find this very unfair to me & my family whove Suffered at my Expense long Enough your Honor One Other thing i would Like you to Re-Call is that Before my Construction accident i was a very Hard worker i gave you Letters from Several of my employers Stating that fact it was Only after my accident that i got addicted to prescription pain killers that were injected into me for Over a month Straight my Habit of a very Expensive Drug Called Oxy Cotin Led to my Destruction & imprisonment your Honor ive Done Everything to Rehabilitate myself & Be a Better person to my Community ive taken Drug programs, parenting Classes, i attend Bible Study & Services & Maintain Employment Here & in the D.o.C your Honor i think my punishment Has Been very Severe & might Remind you that On my Own free will So that i Can Stay Close to my family i postponed my plea agreement for Over a year & Stayed Local & was Considered a Level 5 inmate & Spent 22 Hours a Day inside a Small Cell Because of the Love i Have for my family i Endured a very Harsh & Difficult Time in prison Your Honor ive Done my Time & learned my lesson i will never Break Even the Smallest Law i am & will Continue to Be Law abiding & a Hard worker please your Honor allow me the Chance to Re Enter my Community, my Childrens, my Soon to Be wife & familys life i think i Deserve that Chance after

So much time & Effort i Spent making myself a Better person to myself, my family & my Community Your Honor if i may Remind you that this is & was my first & last Time in prison & ive truly learned my lesson & the value of time i Spent Everyday of this Sentence Regretting Ever Breaking the Law & Being taken away from my Children & familys life i Have a Great Respect for the Law now & forever Your Honor the Only way the Bureau of prisons will give me Credit for Time Served is if You ammend your Sentence to Say Concurrent then Only will the Bureau of prisons give me Credit for Time You & the US Attorney intended for me to Have Credited to me Your Honor i promise if you ammend my Sentence to Say Concurrent i will Become a productive & good Citizen to the United States of America abide By all its Laws & make Something of myself Your Honor i Still Have 3 years of Supervised Release that will Help me to Set & accomplish all my goals in life or at least get me off to a good Start please Consider my plea to you & give me a chance to get my life Back i will not let you, myself, or my family Down i will Become Some One Every One Can Be proud of Thank you for your Time & Hopefully Help with this Situation
(merry Christmas & Happy New Year)

Sincerly Yours
Ricardo Robles
A14753014

Dear Mr. Gustafason U.S.

My name is Ricardo Robles #14753 014 Enclosed you'll find a copy of a letter i mailed to the Honorable judge Droney concerning Time you & Mr Droney asked the Bureau of prisons to credit me they did not do so so im asking the Honorable judge Droney to ammend my sentence to say Concurrent Because its the only way the Bureau of prisons will consider giving me the credit i deserve i Hope you dont have a problem with this ammendment & will give the Honorable judge Droney your approval please accept my appalogys for any inconvienience & ill appreciate it from the Bottom of my Heart any thing you can do to Help me in this matter Thank you very much & i Hope you & your family Have a very merry Christmas & a Happy New Year

Sincerly yours
Ricardo Robles
#14753 014

Amend the Jac to Reflect:

37 Months imprisonment to Run Concurrent & Nunc pro tunc with 30 months State Sentence.

Your Honor this would Be the Only way that the Bureau of prisons would Be Bound to Honor & Credit me the time Served

Your Honor this is in no way Challenging your Sentence or the time imposed. m Simply Trying to get the time that Your Honor & the US Attorney felt I Deserve