UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | 3:02CR191 (CFD) |
| | ) | |
| RICARDO ROBLES | ) | May 26, 2005 |

_____

### NOTICE OF APPEARANCE

Pursuant to Local R. Civ. P. 5(a), please enter the appearance of the undersigned counsel on behalf of the Defendants in this Action.

_____
Charles F. Willson (# ct24129)
NEVINS & NEVINS LLP
102 Connecticut Boulevard
P. O. Box 280658
East Hartford, CT 06128
Tel:    (860) 289-4455
fax:    860-289-8968
email:  cwillson@nevinslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on May 26, 2005, to

| | |
|---|---|
| Michael J. Gustafson | Ricardo Robles |
| Assistant U.S. Attorney | #14753-014 |
| U.S. Attorney's Office | MDC Brooklyn |
| 157 Church Street | Metropolitan Detention Center |
| 23rd Floor | 80 29th Street |
| New Haven, CT  06510 | Brooklyn, NY  11232 |

David Esposito
1240 Whitney Avenue
New Haven, CT  06517

_____
Charles F. Willson