UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | 3:02CR191 (CFD) |
| ) | |
| RICARDO ROBLES ) | May 26, 2005 |
| ) | |

## MOTION FOR EXTENSION OF TIME

Counsel for Defendant Ricardo Robles hereby moves for an extension of sixty days to file a response to Defendant's letter to the Court, which was filed May 3, 2005. A response was due on May 20, 2005, but counsel was not appointed to represent Defendant until today. In further support of this motion, counsel submits the following.

1. Counsel needs time to study the events of this case and contact Defendant and his previous counsel.

2. Additional time is needed so that counsel may order the transcript from the sentencing hearing, which is repeatedly referenced in Defendant's letter.

3. The Government has no objection to this extension.

WHEREFORE, the Defendant respectfully requests that the Court extend the deadline for counsel to submit a response to July 19, 2005.

Charles F. Willson (# ct24129)
NEVINS & NEVINS LLP
102 Connecticut Boulevard
P. O. Box 280658
East Hartford, CT 06128
Tel: (860) 289-4455
fax: 860-289-8968
email: cwillson@nevinslaw.com

*[Handwritten margin note: "Granted. So ordered. [signature] 6/17/05"]*