Dear Honorable Judge Droney

This letter is to serve two purposes. First of all this letter is to thank you for your time and effort concerning my situation. I am very grateful to have your Honor look into and try to resolve my situation. Thanks to your Order my last letter was filed & responded to on May 20th 2005. "Thank you!" I also want to thank you for appointing another attorney to help me put together the proper Motion so that I may get credit for the time in Jacken. This attorney filed a motion on July 19, 2005 & I'm anxiously waiting for your Honor's Decision. The second purpose is to show your Honor that this sentence fulfilled its purpose in a rather harsh way that's left me never even wanting to find myself in any circumstances that can lead me back to prison. I can't even begin to describe all the pain and suffering I've endured in the past 30+ months But I'm hoping you can at least try to imagine how some one in my predicament would feel. To add to that things back at Home havent been going so good but i wasn't aware of it But Jennifer the mother of my two daughters was experimenting

with Drugs, got my children Removed from her custody & was arrested late June 2005 & released late July 2005 all this has happened in the last 4 months which have been very difficult for me it seems that after knowing that it was possible that I won't be home til mid 2007 things got crazy & my daughters have had to suffer because of this and although Jennifer's aunt and uncle have guardianship Jennifer resides with them so my worries weren't extreme until Jennifer was put away for that went then I felt she was dying inside & I could imagine that my daughters weren't feeling much better. These are only a few thoughts I your Honor should know - I also felt I should mention that Im not letting the circumstances set me back Im still looking forward to being home so I can help my family get back on track Im not letting anything discourage me or send me in the wrong direction. On May 7, 2005 I passed my GED exam & I look forward to furthering my education. There are so many things I've done in the past 30 months to better myself I just can't wait to prove & demonstrate these changes in the real world. Your Honor, I want to thank you again for your time & effort Sincerely yours
P.S. Enclosed are my GED stats & the order to remove me & Jennifer as Guardians.)  Ricardo Robles

# Official Transcript of GED Tests Results

Issued by
General Educational Development Testing Service of the American Council on Education
OFFICIAL GED TESTING CENTERS
(For additional transcripts, contact the center below.)

**Candidate's Name**
Last: ROBLES   First: RICARDO   Middle Initial:
Address: Education Dept, 100 29th Street
Brooklyn, NY 11232
Phone Number:
Date of Birth: 07/04/1979

Issue Date: 05/19/2005   Reported to: New York   Social Security Number (if required): 043700326

Test Format: EP

Examiner's Signature _____ Date 05/19/2005
Center Name: Brooklyn MDC
Center Identification No.: 9000352222
Phone Number:
Center Address: Education Dept, 100 29th Street
Brooklyn, NY 11232

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | *PASS | *NON-PASS | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|---|---|
| Language Arts, Reading | 04/27/2005 | IC | 520 | 58 | | | 200 — 410 PASSING SCORE — 800 Below / Above |
| Language Arts, Writing | 04/27/2005 | IC | 490 | 46 | | | 200 — 410 PASSING SCORE — 800 Below / Above |
| Mathematics | 04/27/2005 | IC | 570 | 76 | | | 200 — 450 BATTERY PASSING SCORE — 800 Below / Above |
| Science | 04/27/2005 | IC | 560 | 73 | | | |
| Social Studies | 04/27/2005 | IC | 580 | 79 | | | |
| Standard Score Total | | | 2720 | | X | | |
| Battery Average | | | 544 | | | | |

*Pass or Non-Pass as determined by jurisdictional policy.

**Standard Score. The scores on this report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

**TOTAL BATTERY**
You have demonstrated the 21st century skills of:
- Communication
- Information processing
- Problem solving
- Higher order thinking skills

in the five tests areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education as the top 33% of traditional high school graduates.

**Language Arts, Reading**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts

**Language Arts, Writing**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

**Mathematics**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

**Science**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

**Social Studies**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

DECREE/REMOVAL OF GUARDIAN AND APPOINTMENT
PC-560 REV. 10/04

**STATE OF CONNECTICUT** (RETURN CONFIDENTIAL COPY TO JUDGE):
**COURT OF PROBATE**

| COURT OF PROBATE, DISTRICT OF New Haven Regional Children's Probate Court | DISTRICT NO. 200 |
|---|---|

IN THE MATTER OF
Kayla Robles  (05-00209)
Hereinafter referred to as the minor child.

DATE OF BIRTH OF MINOR CHILD
May 12, 2002

PERSON(S) TO BE REMOVED AS GUARDIAN(S)
**Jennifer Belotti and Ricardo Robles**

GUARDIAN OF THE PERSON [*Name, address, zip code, and telephone number.*]
**Christopher & Valerie Roman, 34 Fairview Avenue, West Haven, CT 06516, (203)933-3711**

At a court of probate held at the place and time of hearing set by the Court together with any continuances thereof, as of record appears, on the petitioner's application for removal of guardianship of the person(s) named above and the appointment of a guardian of the person of said minor child as in said application more fully appears.

PRESIDING JUDGE: Hon. E. Michael Heffernan

After due hearing, THE COURT FINDS that notice of hearing was given in accordance with the order(s) of notice previously entered, AND that the application was brought by a person entitled by law to do so, AND that jurisdiction of this matter appertains to this court.

THE COURT FURTHER FINDS that:

An investigation has been made, and a written report, as provided by C.G.S. §45a-619, has been duly filed in court.

An affidavit has been filed in court averring that there is no proceeding in another court affecting the custody of said minor child.

THE COURT FURTHER FINDS by clear and convincing evidence that placement is in the best interest of the minor child and:

The minor child has been denied the care, guidance, or control necessary for his or her physical, educational, moral, or emotional well-being, as a result of acts of parental commission or omission, as defined by law. C.G.S. §45a-610.

WHEREFORE, it is ORDERED AND DECREED that:

Jennifer Belotti and Ricardo Robles are removed as guardians of the person of the minor child.

Christopher & Valerie Roman, 34 Fairview Avenue, West Haven, CT 06516 are appointed co-guardians of the person of the minor child.

Mother, Jennifer Belotti, is granted reasonable rights of <u>supervised</u> visitation in the presence of either court appointed guardian.

Dated at New Haven, Connecticut, this 7th day of July, 2005.

_____
E. Michael Heffernan, Judge

**NOTE TO GUARDIAN:** If the child who is the subject of this probate proceeding/order is also the subject of a pre-existing child support order, please contact the Support Enforcement Services Unit of the Department of Social Services at 1-800-228-5437, as this proceeding/order may affect that child support order.

DECREE/REMOVAL OF GUARDIAN AND APPOINTMENT
PC-560

DECREE/REMOVAL
OF GUARDIAN AND
APPOINTMENT
PC-560 REV. 10/04

STATE OF CONNECTICUT

COURT OF PROBATE

RECORDED (CONFIDENTIAL VOLUME):

| COURT OF PROBATE, DISTRICT OF New Haven Regional Children's Probate Court | DISTRICT NO. 200 |
|---|---|

IN THE MATTER OF
Gabriella Robles (05-00208)
Hereinafter referred to as the minor child.

DATE OF BIRTH OF MINOR CHILD

October 5, 2000

PERSON(S) TO BE REMOVED AS GUARDIAN(S)
**Jennifer Belotti and Ricardo Robles**

GUARDIAN OF THE PERSON [*Name, address, zip code, and telephone number.*]
**Christopher & Valerie Roman, 34 Fairview Avenue, West Haven, CT 06516, (203)933-3711**

At a court of probate held at the place and time of hearing set by the Court together with any continuances thereof, as of record appears, on the petitioner's application for removal of guardianship of the person(s) named above and the appointment of a guardian of the person of said minor child as in said application more fully appears.

PRESIDING JUDGE: Hon. E. Michael Heffernan

After due hearing, THE COURT FINDS that notice of hearing was given in accordance with the order(s) of notice previously entered, AND that the application was brought by a person entitled by law to do so, AND that jurisdiction of this matter appertains to this court.

THE COURT FURTHER FINDS that:

An investigation has been made, and a written report, as provided by C.G.S. §45a-619, has been duly filed in court.

An affidavit has been filed in court averring that there is no proceeding in another court affecting the custody of said minor child.

THE COURT FURTHER FINDS by clear and convincing evidence that placement is in the best interest of the minor child and:

The minor child has been denied the care, guidance, or control necessary for his or her physical, educational, moral, or emotional well-being, as a result of acts of parental commission or omission, as defined by law. C.G.S. §45a-610.

WHEREFORE, it is ORDERED AND DECREED that:

**Jennifer Belotti and Ricardo Robles are removed as guardians of the person of the minor child.**

**Christopher & Valerie Roman, 34 Fairview Avenue, West Haven, CT 06516 are appointed co-guardians of the person of the minor child.**

**Mother, Jennifer Belotti, is granted reasonable rights of <u>supervised</u> visitation in the presence of either court appointed guardian.**

Dated at New Haven, Connecticut, this 7th day of July, 2005.

*E. Michael Heffernan, Judge*

**NOTE TO GUARDIAN:** If the child who is the subject of this probate proceeding/order is also the subject of a pre-existing child support order, please contact the Support Enforcement Services Unit of the Department of Social Services at 1-800-228-5437, as this proceeding/order may affect that child support order.

DECREE/REMOVAL OF GUARDIAN AND APPOINTMENT
PC-560